IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE MATTHEWS, | : | No. 4:CV-06-1760 |
| Plaintiff, | : | Judge Jones |
| | : | |
| v. | : | |
| | : | |
| LT. JOSEPH G. ELIAS, et. al, | : | |
| Defendants. | : | |

## MEMORANDUM

### January 3, 2007

Pending before the Court is Defendant Elias' Motion for Summary Judgment (doc. 29) filed on December 21, 2006. Thereafter, on December 27, 2006, Plaintiff's counsel, Don Bailey, Esq., contacted counsel for the Defendant and advised that Plaintiff does not oppose the Motion. On December 27, 2006, an Amended Certificate was filed (doc. 31), indicating that Plaintiff concurs in the Motion. Accordingly, the Motion shall be granted in a separate Order to follow.

John E. Jones III
United States District Judge